UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **MONTGOMERY TOWNSHIP BOARD OF EDUCATION,** | : | Civil Action No. 06-398(FLW) |
| Plaintiff, | : | |
| v. | : | ORDER |
| S.C., on behalf of D.C., | : | |
| Defendant. | : | |

This matter having come before the Court upon Motion by Defendant D.C., a minor child, by and through his parents S.C. and S.C. ("Defendant") for Attorneys' Fees [Docket Entry # 24], returnable April 16, 2007; and the case having been terminated on February 5, 2007 but having been reopened for the purpose of resolving this dispute regarding attorneys' fees; and the Court having conducted an unrecorded conference call on April 16, 2007; and the parties having reported the matter settled; and the Court finding that Defendant's motion for attorneys' fees is moot; and the Court directing the Clerk to terminate the case; and good cause having been shown;

IT IS on this 16th day of April, 2007,

ORDERED that Defendant's Motion for Attorneys' Fees [Docket Entry # 24] is Dismissed as Moot; and it is

FURTHER ORDERED that this case is Closed.

　　　　　　　　　　　　　　　　　　/s/ *John J. Hughes*
　　　　　　　　　　　　　　　　　　**JOHN J. HUGHES**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**